## Harry Prince, Appellant, v. Cornell Building Company et al., Appellees.

### Gen. No. 46,331.

Curtis, Friedman & Marks, for appellant; Stanford Clinton, and Robert A. Sprecher, for appellees; Pritzker, Pritzker & Clinton, and Crowley, Sprecher & Weeks, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed November 3, 1954; released for publication December 9, 1954.